346 So.2d 66 (1977)
Ira JOHNSON, Appellant,
v.
STATE of Florida, Appellee.
No. 47133.
Supreme Court of Florida.
May 12, 1977.
David J. Busch, Asst. Public Defender, and Jerry Caughey, Sp. Asst. Public Defender, for appellant.
Robert L. Shevin, Atty. Gen., and Wallace E. Allbritton, Asst. Atty. Gen., for appellee.
PER CURIAM.
The decision of the District Court of Appeal, First District, is affirmed. See Huntley v. State, 339 So.2d 194 (Fla. 1976).
OVERTON, C.J., and ADKINS, ENGLAND, SUNDBERG, HATCHETT and KARL, JJ., concur.
BOYD, J., dissents.